**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ruben PAREDES–CARMONA,**
**Defendant–Appellant.**

No. 15–40247
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Evan Gray Howze, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Ruben Paredes–Carmona raises an argument that he concedes is foreclosed by *United States v. Martinez–Lugo,* 782 F.3d 198, 204–05 (5th Cir.2015), *petition for cert. filed* (June 19, 2015) (No. 14–10355). In *Martinez–Lugo,* 782 F.3d at 204–05, we held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity. Accordingly, Paredes–Carmona's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.